UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WILLIAM DINGLE,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY C. TESLUK, et al.,<br><br>Defendants. | No.  2:20-cv-1878 DB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983.  In an order filed November 5, 2020, this court screened plaintiff's complaint.  (ECF No. 7.)  This court found plaintiff stated no cognizable claims for relief under § 1983.  This court dismissed the complaint with leave to amend.  Plaintiff was provided instructions for stating claims and given sixty days to file a first amended complaint.  Plaintiff was warned that if he failed to file a timely first amended complaint, this court might recommend this action be dismissed.

Sixty days have passed and plaintiff has not filed a first amended complaint or otherwise responded to the court's November 5 order.

Accordingly, the Clerk of the Court is HEREBY ORDERED to randomly assign a district judge to this case; and

////

IT IS RECOMMENDED that this action be dismissed for plaintiff's failure to comply with court orders.  See E.D. Cal. R. 110; Fed. R. Civ. P. 41.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 26, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/ding1878.fta fr

2