UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. DINGLE, | No. 2:20-cv-1878 JAM DB P |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| GREGORY C. TESLUK, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants violated his rights under the Eighth Amendment.

By order dated November 5, 2020 the court screened the complaint. (ECF No. 7.) It found plaintiff's allegations failed to state a claim. The complaint was dismissed with sixty days leave to amend. On January 27, 2021, the undersigned issued findings and recommendations recommending that this action be dismissed for failure to file an amended complaint. (ECF No. 11.) Thereafter, plaintiff filed objections stating that a fellow inmate has been assisting him with this case, that inmate has all the materials related to this action, and that he cannot meet with that inmate because inmate movement is restricted due to the COVID-19 pandemic. (ECF No. 12.) He requested a "postpone[ment] of these proceedings until after the coronavirus threat and [the prison is] back to a normal program."

////

1

The court declined to grant a stay, but vacated the January 27, 2021 findings and recommendations and granted plaintiff an additional 60 days to file an amended complaint. (ECF No. 13.) Those sixty days have passed, and plaintiff has filed a second set of objections[1] to the January 27, 2021 findings and recommendations but has not filed an amended complaint. (ECF No. 14.)

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall either dismiss this action or file an amended complaint. Plaintiff is advised that failure to do so will result in a recommendation that this action be dismissed for failure to prosecute and failure to comply with court orders. See E.D. Cal. R. 110; E.D. Cal. R. 183(b); Fed. R. Civ. P. 41.

Dated: July 6, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/ding1878.osc

---

[1] It is not clear from plaintiff's objections whether he was aware that the court vacated the January 27, 2021 findings and recommendations and granted him an additional sixty days to file an amended complaint.